Ray Wenig et al., Respondents, v. Glens Falls Indemnity Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See *ante,* p. 879.] Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.

Josephine B. Beck, Appellant, v. Regina Finke, Respondent (By Original Summons); Josephine B. Beck, Appellant, v. Regina Finke and Stanley Finke, Respondents; Regina Finke, Landlord-Respondent, v. Josephine B. Beck, Tenant-Appellant.— In December, 1943, one Finke instituted a summary proceeding in the District Court of Nassau County against one Beck for the possession of certain real property. In that proceeding Beck claimed title to the property. In March, 1944, Beck commenced an action against Finke in the Supreme Court of Nassau County for the determination of her claim to the real property involved. Finke set up title to the property. Finke then moved in the Supreme Court to consolidate the action in the Supreme Court with the proceeding in the District Court. Beck now appeals (a) from so much of the order granting consolidation, entered May 31, 1944, on her default, which ordered that Finke be the plaintiff in the consolidated action with the right to open and close; (b) from an order dated July 12, 1944, denying appellant's motion to resettle said order of consolidation; and (c) from an order dated July 17, 1944, granting motion of respondent Regina Finke to strike the consolidated action from the Special Term calendar and placing it on the Trial Term calendar for trial by jury. Orders of July 12, 1944, and July 17, 1944, affirmed, with one bill of ten dollars costs and disbursements. No opinion. Appeal from order of May 31, 1944, dismissed, without costs. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *post,* p. 998.]

Equitable Paper Bag Co., Inc., Appellant, v. New York & Queens Electric Light & Power Co., Respondent.— Action to recover damages for breach of contract to supply electric service to plaintiff, and for negligence. Order denying plaintiff's motion to strike out the first separate and distinct defense contained in defendant's answer affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

Hilda Fein, Respondent, v. Irving Fein, Appellant.— In an action for separation, order awarding alimony and counsel fee affirmed, without costs. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

Meyer Gerstein, Respondent, v. Philip Canzaneri et al., Appellants.— Action to recover damages for personal injuries, due to an alleged assault. Orders denying defendants' motions for summary judgment dismissing plaintiff's amended complaint affirmed, with one bill of ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.

Alfred H. Iles, as Receiver, Respondent, v. Estelle Reyneoke, Appellant.— Defendant in an action for rent appeals from an order of the County Court, Westchester County, which affirmed a default judgment in favor of plaintiff rendered by a Justice of the Peace in Yonkers. Resettled order unanimously affirmed, without costs. The procedure adopted by appellant in the County Court was, in effect, an application to open her default in the court below, and the jurisdictional defect was waived. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.